UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

SUSAN SOLTANPOUR,   DOCKET NO.: 07 CIV 9886

           Plaintiff,   **DEFENDANT'S DISCLOSURE PURSUANT TO FRCP 26(A)(1)**

  - against -

MARGUERITE ENDRIZZI,

           Defendant.

---------------------------------------------------------X

    Defendant, MARGUERITE ENDRIZZI, by her attorneys, O'CONNOR, McGUINNESS, CONTE, DOYLE & OLESON, hereby responds pursuant to FRCP 26(A)(1) as follows:

    1.    WITNESSES:  Other than the parties in this lawsuit and those individuals whose names appear on the police report, defendant MARGUERITE ENDRIZZI is not aware of any witnesses to the occurrence.

    2.    PARTY STATEMENTS: Defendant MARGUERITE ENDRIZZI is not aware of any statements taken from plaintiff or on behalf of defendant concerning the occurrence set forth in plaintiff's complaint.

    3.    PHOTOGRAPHS:  Defendant MARGUERITE ENDRIZZI is not in possession of any photographs at this time.

    4.    ACCIDENT / INCIDENT REPORTS: Annexed hereto as Exhibit A is a copy of the police report relative to the subject occurrence.

    5.    EXPERT WITNESSES: Defendant MARGUERITE ENDRIZZI had not retained an expert witness at this time.

    6.    INSURANCE: The defendant MARGUERITE ENDRIZZI was insured by GEICO under policy number 0934620907 with policy limits of 300/300.  The policy was in effect on the date of the alleged occurrence.  Defendant is not aware of any excess coverage.

Defendant reserves the right to supplement and amend this response if and when additional information becomes available, up and until the time of trial.

Dated: White Plains, NY
April 10, 2008

                                                    Yours, etc.

                                                    _____
                                                    BY: MONICA SNITILY
                                                    O'CONNOR, McGUINNESS, CONTE,
                                                    DOYLE & OLESON, ESQS.
                                                    Attorneys for Defendant
                                                    **MARGUERITE ENDRIZZI**
                                                    One Barker Avenue, Suite 675
                                                    White Plains, New York 10601
                                                    (914) 948-4500

TO: Goldblatt and Associates, P.C.
      Attorneys for Plaintiff
      1846 East Main Street (Route 6)
      Mohegan Lake, New York 10547
      (914) 788-5000