# TRAFFIC ACCIDENT REPORT — STATE OF MAINE

**Code Number:** ME0030700  **Report No:** 05002409

| Date (Month / Day / Year) | Day of Week | Time | Time Reported | Time Arrived |
|---|---|---|---|---|
| 02 / 18 / 2005 | Fri | 16:45 | 16:49 | 16:55 |

**ON:** Route US 1 — ROUTE 1  **City or Town:** Scarborough  **Code Number:** 05200  **County:** Cumberland

**AT:** Between node numbers 07009 and 07010, distance from stone 0 miles 1 tenths, To Number 07010

---

### UNIT NO. 1 – Vehicle    Total units: 6    UNIT NO. 2 – [X] Vehicle

| | UNIT 1 | UNIT 2 |
|---|---|---|
| Driver's License Number | 8971284 | 95-118-2306 |
| State | ME | CO |
| Last Name, First Name, Middle | Endrizzi, Julie I | SOLTENPOUR, SUSAN AZITA |
| Number and Street | 14 High Point Rd. | 3304 SHORE RD. |
| City, State, Code Number | Scarborough, ME 04074  2 0 | Fort Collins, CO 80524  0 6 |
| Date of Birth | 10/18/1986 | 09/29/1965 |
| Sex | F | F |
| License Status | A | A |
| Class | C | C |
| Owner Last Name, First, Middle | ENDRIZZI, MARGUERITE A | Soltenpour, David p |
| Owner Number and Street | 14 HIGH POINT RD | 5 LINDSLEY DRIVE |
| Owner City, State | Scarborough, ME 04074 | Larchmont, NY 10538 |
| Vehicle Type | SUV | 2 Door |
| Year and Make | 1995 Chevrolet | 1994 Toyota |
| Color | Green (GR) | Blue (BL) |
| License Plate Number | 71948 | CKA4011 |
| Year | 2005 | 2007 |
| Issue State | ME | NY |
| VIN | 1GNEK13K9SJ403577 | JT2AT00N9R0025752 |
| Insurance Co. | Geico | State Farm |
| Policy No. | 0934 62 09 07 | 39 7942 E07 52A |
| Towed By | Halls Auto | Pleasant Hill Auto |
| Damage Estimate | $5,000.00 | $6,000.00 |
| Event | 4, 7 | 1, 2, 3 |

**DESCRIPTION:** Please see attached Form 13.91.

**Ambulance:** Scarborough Rescue Unit (b15)

---

**Total number of persons involved:** 8

| Names of all persons involved (Drivers, Passengers, Witnesses, Pedestrians) | | | | | | | | Sex | Age |
|---|---|---|---|---|---|---|---|---|---|
| Endrizzi, Julie I (Driver) | 11 | 11 | 2 | 5 | 1 | 1 | 1 | 1 | F | 18 |
| SOLTENPOUR, SUSAN AZITA (Driver) | 9 | 10 | 2 | 4 | 5 | 2 | 1 | 1 | F | 39 |
| Ceasar, Norman G (Driver/Owner) | 9 | 6 | 2 | 4 | 5 | 3 | 1 | 1 | M | 81 |
| Thibodeau, Bobbie-Jo Y (Driver/Owner) | 9 | 3 | 2 | 4 | 5 | 4 | 1 | 1 | F | 26 |
| Chaloux, Debra J (Driver/Owner) | 11 | 11 | 2 | 5 | 1 | 5 | 1 | 1 | F | 47 |
| GORDON, MICHELLE A (Driver) | 11 | 11 | 2 | 5 | 1 | 6 | 1 | 1 | F | 40 |

**Investigating Officer:** Michael Beeler    **Dept:** SCARBOROUGH POLICE DEPARTMENT    Mary E Pearson    **Date:** 2/24/2005

FORM 13 20A

# TRAFFIC ACCIDENT REPORT (Cont. 2)

**Report No:** 05002409

---

## UNIT NO. 3 - Vehicle | UNIT NO. 4 -

| Field | Unit 3 (Driver) | Unit 4 (Driver) |
|---|---|---|
| Driver's License Number | 8026046 | 5228239 |
| State | ME | ME |
| Last Name, First Name Middle | Ceasar, Norman G | Thibodeau, Bobbie-Jo Y |
| Number and Street | Po Box 247 | 123 Cumberland Ave #1 |
| City | Scarborough | Portland |
| State | ME | ME |
| Zip | 04074 | 04101 |
| Code Number | 2 0 | 2 0 |
| Date of Birth | 11/17/1923 | 08/11/1978 |
| Sex | M | F |
| License Status | A | A |
| Class | I / A | A / C |

### Owner

| | Unit 3 | Unit 4 |
|---|---|---|
| Last Name, First Name | Ceasar, Norman G | Thibodeau, Bobbie-Jo Y |
| Number and Street | Po Box 247 | 123 Cumberland Ave #1 |
| City | Scarborough | Portland |
| State/Zip | ME 04074 | ME 04101 |

### Vehicle

| | Unit 3 | Unit 4 |
|---|---|---|
| Vehicle Type | 4 Door | 4 Door |
| Year and Make | 2 1994 Oldsmobile | 2 1992 Toyota |
| Color | White | White |
| License Plate Number | 4263JD | 4636LI |
| Year | 2005 | 2005 |
| Issue State | ME | ME |
| Vehicle Certificate/VIN | 1G3CX52L7R4319110 | JT2AE94A6N0283789 |

### Insurance

| | Unit 3 | Unit 4 |
|---|---|---|
| Insurance Co | United Services Auto Assn | Geico |
| Policy No | 01538 22 76U | 1487 30 66 05 |
| Towed By | Scarborough Muffler | Black Point Collision |
| Damage Codes | 1, 2, 8 | 1, 2, 4 |
| Damage Estimate | $5,000.00 | $5,000.00 |

DESCRIPTION:

# TRAFFIC ACCIDENT REPORT
## STATE OF MAINE
### 05002409 (Cont. 3)

| | UNIT NO. 5 - Vehicle | | UNIT NO. 6 - [X] |
|---|---|---|---|
| DRIVER'S LICENSE NUMBER 5 | 9434105 | STATE: ME | DRIVER'S LICENSE NUMBER 6: 1013133 — STATE: ME |
| LAST NAME, FIRST NAME | Chaloux, Debra J | | GORDON, MICHELLE A |
| NUMBER AND STREET | 16 Goldenwood Dr. | | 50 CANDLEBROOK LN |
| CITY / STATE / ZIP | Scarborough ME 04074 | 2 0 | South Portla  ME 04106  2 0 |
| DATE OF BIRTH | 08/06/1957  F  A  0  C | | 08/24/1964  F  A  0  C |
| OWNER LAST NAME | Chaloux, Debra J | | Jolly John Auto City, |
| NUMBER AND STREET | 16 Goldenwood Dr. | | Rt 1 |
| CITY / STATE | Scarborough  ME 04074 | | Saco  ME 04072 |
| BODY TYPE / YEAR / MAKE / COLOR | Station Wagon  2003 Volvo  Black | | SUV  2005 Dodge  Maroon |
| LICENSE PLATE / YEAR / STATE | 803G  2005  ME  2 | | HIHO AG  2005  ME  2 |
| VIN | YV1SW61T632316735 | | 1D8HB58D35F510303 |
| INSURANCE CO | MMG Ins Co | | SENTRY SELECT INS CO |
| POLICY NO | AC10894345 | | 49-77194 02-50 |
| DAMAGE | 2  $500.00 | | 1  $800.00 |

DESCRIPTION:

FORM 13 206

| | Scarborough | | 02 | 18 | 2005 |
|---|---|---|---|---|---|
| | US 1 | ROUTE 9 | ROUTE 1 | | |

State of Maine
Supplement to

POLICE
TRAFFIC ACCIDENT REPORT
for

|  | Endrizzi, Julie - Veh. 1; SOLTENPOUR, SUSAN - Veh. 2; Ceasar, Norman - Veh. 3; Thibodeau, Bobbie-Jo - Veh. 4; Chaloux, Debra - Veh. 5; GORDON, MICHELLE - Veh. 6 |
|---|---|
| Chaloux, NICOLE (Passenger) | 11 |
| Gordon, Samuel (Passenger) | 11 |

FORM 13 91

| City or Town | Month | Date | Year |
|---|---|---|---|
| Scarborough | 02 | 18 | 2005 |

| Name of Highway | On Name of Street/Highway |
|---|---|
| US 1  ROUTE 9 | ROUTE 1 |

Driver - Name: Endrizzi, Julie - Veh. 1; SOLTENPOUR, SUSAN - Veh. 2;

Driver - Name: Ceasar, Norman - Veh. 3; Thibodeau, Bobbie-Jo - Veh. 4;

Chaloux, Debra - Veh. 5; GORDON, MICHELLE - Veh. 6

State of Maine
Supplement to

POLICE
TRAFFIC ACCIDENT REPORT
for

Unit # 1 was skidding out of control into the North bound lane. Units 1 and 2 collided. Unit 2 was pushed to the shoulder where Unit 4 crashed into Unit 2. Unit 1 was spun around in the North bound lane, and Unit 3 crashed into Unit 1. Unit 3 then was sent into the South bound lane where it crashed into Unit 6. Unit 5 crashed into Unit 4, which had come to rest in the North bound driving lane.

Other Values:

Unit 2 (SOLTENPOUR, SUSAN) - Injury Area: hand

FORM 13.91