# GOLDBLATT
## & ASSOCIATES, P.C.

THE ORTHOPEDIC & BRAIN
INJURY LAW GROUP

1846 EAST MAIN STREET (ROUTE 6)
MOHEGAN LAKE, NEW YORK 10547
914-788-5000  FAX 914-526-7800

April 09, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**MEMO ENDORSED**

FAX #: (914) 390-4152
Honorable Kenneth M. Karas, USDJ
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Attention: Alicia - Chambers

Re: Soultanpour v. Endrizzi
Index No.: 07 CIV 9886

Dear Judge Karas:

This office represents plaintiff in the above referenced matter which is presently scheduled for a Rule 16 conference on May 21, 2008.

The parties have conferred, and with the permission of the Court, have consented to adjourning the conference until May 28, 2008 due to scheduling conflicts in our office on May 21, 2008. It is respectfully requested that the matter be adjourned until May 28, 2008 without the necessity of an appearance by counsel.

Upon receipt of this writing, kindly contact the undersigned and advise if the Court will entertain this request.

Thank you for your attention to this matter.

Yours truly,

Lynne Wexler
Paralegal

*The Rule 16 Conference is adjourned until May 29, 2008, at 10:00 am.*

cc:
O'Connor, McGuinness, Conte, et al.
FAX #: 948-0645

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/14/08

MANHATTAN OFFICE
18 E. 41ST STREET  SUITE 806  NEW YORK, NEW YORK 10017
212-566-6900  FAX 212-481-2033